IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY K. BOOTH,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>　　　　　Defendant. | 1:11cv0727 DLB<br><br>ORDER REQUIRING PLAINTIFF TO RESPOND TO MOTION TO REMAND |

　　　Plaintiff filed this action for review of a final decision of the Commissioner of Social Security on May 5, 2011.

　　　On September 16, 2011, the Commissioner filed a Motion to Remand the action pursuant to Sentence Six of 42 U.S.C. § 405(g).  The Commissioner states that remand for a *de novo* hearing is necessary because significant portions of the December 4, 2009, hearing are inaudible and Exhibit 2F is missing pages.

　　　Plaintiff is ORDERED to respond to this motion within fifteen (15) days of the date of service of this order.  Plaintiff may file a statement of non-opposition if there is no objection to the remand.

　　　IT IS SO ORDERED.

　　Dated:  **September 21, 2011**　　　　　　　　　　**/s/ Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1