IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KIMBERLY K. BOOTH, | ) | 1:11cv0727 DLB |
| | ) | |
| | ) | ORDER GRANTING MOTION |
| | ) | FOR SENTENCE SIX REMAND |
| | ) | (Document 12) |
| Plaintiff, | ) | |
| | ) | ORDER REQUIRING |
| vs. | ) | STATUS REPORTS |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Plaintiff Kimberly K. Booth ("Plaintiff") filed this action for review of the denial of social security benefits on May 5, 2011.

On September 16, 2011, Defendant filed a motion to remand pursuant to sentence six of section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g). Defendant contends that a *de novo* hearing is necessary because significant portions of the hearing are inaudible and Exhibit 2F is missing pages.

On September 28, 2011, Plaintiff filed a notice of non-opposition.

Accordingly, Defendant's motion is GRANTED and this action is REMANDED to allow an Administrative Law Judge to hold a *de novo* hearing.

1

The Court further ORDERS the parties to file a joint status report within 90 days of the date of service of this order.  Thereafter, the parties shall file a joint status report every 120 days until this action is returned to this Court or otherwise resolved.

IT IS SO ORDERED.

**Dated:   October 3, 2011**              /s/ **Dennis L. Beck**
                                                                        UNITED STATES MAGISTRATE JUDGE